UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
MAURO, SAM § Case No. 13-03813
MAURO, PATRICIA D. §
§
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                  .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                      $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/JOSEPH E. COHEN_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No.: | 13-03813 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | MAURO, SAM | | Date Filed (f) or Converted (c): | 01/31/13 (f) |
| | MAURO, PATRICIA D. | | 341(a) Meeting Date: | 03/28/13 |
| For Period Ending: | 01/21/15 | | Claims Bar Date: | 04/23/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1161 Estes Ave. Lake Forest, IL 60045 Single famil | 550,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Cash | 100.00 | 0.00 | | 0.00 | 0.00 |
|     Cash | | | | | |
| 3. Cash Management Account Merrill Lynch | 100.00 | 0.00 | | 0.00 | 0.00 |
|     Cash Management Account Merrill Lynch | | | | | |
| 4. JPMorgan Chase Checking | 5,800.00 | 0.00 | | 12,499.18 | 0.00 |
|     JPMorgan Chase Checking | | | | | |
| 5. JPMorgan Chase | 15,000.00 | 0.00 | | 0.00 | 0.00 |
|     JPMorgan Chase | | | | | |
| 6. Household items and furniture | 2,000.00 | 0.00 | | 0.00 | 0.00 |
|     Household items and furniture | | | | | |
| 7. Misc books, CDs and a painting by Debtor's mother | 100.00 | 0.00 | | 0.00 | 0.00 |
|     Misc books, CDs and a painting by Debtor's mother | | | | | |
| 8. Clothing | 400.00 | 0.00 | | 0.00 | 0.00 |
|     Clothing | | | | | |
| 9. Misc jewelry | 200.00 | 0.00 | | 0.00 | 0.00 |
|     Misc jewelry | | | | | |
| 10. Treadmill | 100.00 | 0.00 | | 0.00 | 0.00 |
|     Treadmill | | | | | |
| 11. Term Life insurance through Liberty Mutual | 0.00 | 0.00 | | 0.00 | 0.00 |
|     Term Life insurance through Liberty Mutual | | | | | |
| 12. Federal Income Tax Refund | 4,017.00 | 0.00 | | 4,173.00 | 0.00 |
|     Federal Income Tax Refund | | | | | |
| 13. State Income Tax Refund | 249.00 | 0.00 | | 249.00 | 0.00 |
|     State Income Tax Refund | | | | | |
| 14. 2008 Jeep Patriot 42,000 miles | 9,000.00 | 0.00 | | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 13-03813 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MAURO, SAM | Date Filed (f) or Converted (c): | 01/31/13 (f) |
| | MAURO, PATRICIA D. | 341(a) Meeting Date: | 03/28/13 |
| | | Claims Bar Date: | 04/23/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 2008 Jeep Patriot 42,000 miles | | | | | |
| 15. 2000 Jeep Cherokee 130,000 miles | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 2000 Jeep Cherokee 130,000 miles | | | | | |
| 16. Printer and fax machine | 100.00 | 0.00 | | 0.00 | 0.00 |
| Printer and fax machine | | | | | |
| 17. RENTAL INCOME (u) | Unknown | 0.00 | | 2,750.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $589,166.00 | $0.00 | | $19,671.18 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS IN THE PROCESS OF DRAFTING HIS TFR - Jan. 17, 2015.

TRUSTEE HAS FILED A MOTION FOR TURNOVER OF BANK PROCEEDS AND TAX REFUNDS. TRUSTEE HAS COLLECTED TAX REFUND AND BANK PROCEEDS FROM THE DEBTOR AFTER FILING A MOTION FOR SAME. TRUSTEE SETTING BAR DATE TO FILE PROOFS OF CLAIM - January 19, 2014. TRUSTEE WILL REVIEW CLAIMS AFTER BAR DATE HAS PASSED - April 30, 2014. NO CHANGE - July 17, 2014. NO CHANGE - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 02/28/15      Current Projected Date of Final Report (TFR): 02/28/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-03813 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MAURO, SAM | | Bank Name: | ASSOCIATED BANK |
| | MAURO, PATRICIA D. | | Account Number / CD #: | *******2465  Checking Account |
| Taxpayer ID No: | *******8295 | | | |
| For Period Ending: | 01/21/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/29/13 | 17 | MIGUEL E. GURVARA | Rent | 1222-000 | 2,750.00 | | 2,750.00 |
| 06/12/13 | 13 | State of Illinois | Tax refund | 1124-000 | 249.00 | | 2,999.00 |
| | | | Income tax refund | | | | |
| 06/12/13 | 12 | United States Treasury | Tax refund | 1124-000 | 4,173.00 | | 7,172.00 |
| | | | Income tax refund | | | | |
| 06/18/13 | 4 | Sam Mauro | bank account proceeds | 1129-000 | 12,499.18 | | 19,671.18 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.77 | 19,655.41 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.22 | 19,626.19 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.18 | 19,597.01 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.20 | 19,568.81 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.09 | 19,539.72 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.11 | 19,511.61 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.01 | 19,482.60 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.97 | 19,453.63 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.12 | 19,427.51 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 | | 28.21 | 19,399.30 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.88 | 19,370.42 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.88 | 19,342.54 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.76 | 19,313.78 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.79 | 19,285.99 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.67 | 19,257.32 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.63 | 19,228.69 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.67 | 19,201.02 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.55 | 19,172.47 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.59 | 19,144.88 |

Page Subtotals     19,671.18     526.30

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-03813 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | MAURO, SAM | Bank Name: | ASSOCIATED BANK |
| | MAURO, PATRICIA D. | Account Number / CD #: | *******2465 Checking Account |
| Taxpayer ID No: | *******8295 | | |
| For Period Ending: | 01/21/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.46 | 19,116.42 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 19,671.18 | 554.76 | 19,116.42 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 19,671.18 | 554.76 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 19,671.18 | 554.76 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********2465 | 19,671.18 | 554.76 | 19,116.42 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 19,671.18 | 554.76 | 19,116.42 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 28.46

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 28, 2015 |
|---|---|---|---|---|---|---|
| Case Number: | 13-03813 | | Claim Type Sequence | | | |
| Debtor Name: | MAURO, SAM | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,740.96 | $2,740.96 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $28.21 | $28.21 |
| 001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,749.50 | $1,749.50 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $12,340.71 | $12,340.71 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $10,212.97 | $10,212.97 |
| 000003<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $1,342.05 | $1,342.05 |
| 000004<br>070<br>7100-00 | PNC BANK, N.A.<br>c/o American Education Services<br>PO BOX 8183<br>HARRISBURG, PA 17105 | Unsecured | | $0.00 | $11,308.93 | $11,308.93 |
| 000005<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $3,891.86 | $3,891.86 |
| 000006<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $10,359.39 | $10,359.39 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: January 28, 2015 |

Case Number:   13-03813  
Debtor Name:   MAURO, SAM                                   Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000007<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $2,247.66 | $2,247.66 |
| | Case Totals: | | | $0.00 | $56,222.24 | $56,222.24 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 13-03813
Case Name: MAURO, SAM
         MAURO, PATRICIA D.
Trustee Name: JOSEPH E. COHEN

　　　　Balance on hand　　　　　　　　　　　　　　　　　　　　$

　　Claims of secured creditors will be paid as follows:

NONE

　　Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

　　Total to be paid for chapter 7 administrative expenses　　　$_____

　　Remaining Balance　　　　　　　　　　　　　　　　　　　$_____

　　Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

　　In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $　　　must be paid in advance of any dividend to general (unsecured) creditors.

　　Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be    percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000003 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000004 | PNC BANK, N.A.<br>c/o American Education Services<br>PO BOX 8183<br>HARRISBURG, PA 17105 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ | $ | $ |
| 000006 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ | $ | $ |
| 000007 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE