UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
MAURO, SAM                          §   Case No. 13-03813
MAURO, PATRICIA D.                  §
                                    §
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                      CLERK OF BANKRUPTCY COURT
                219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 03/13/2015 in Courtroom ,
        North Branch Court
        1792 Nicole Lane
        Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____            By: _____
                                              Clerk, U.S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MAURO, SAM § Case No. 13-03813
MAURO, PATRICIA D. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 19,671.18 |
| and approved disbursements of | $ | 554.76 |
| leaving a balance on hand of[1] | $ | 19,116.42 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 2,717.12 | $ 0.00 | $ 2,717.12 |
| Trustee Expenses: JOSEPH E. COHEN | $ 23.84 | $ 0.00 | $ 23.84 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 1,749.50 | $ 0.00 | $ 1,749.50 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 28.21 | $ 28.21 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 4,490.46 |
| Remaining Balance | $ 14,625.96 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,703.57  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  28.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 12,340.71 | $ 0.00 | $ 3,490.95 |
| 000002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 10,212.97 | $ 0.00 | $ 2,889.06 |
| 000003 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 1,342.05 | $ 0.00 | $ 379.64 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000004 | PNC BANK, N.A.<br>c/o American Education Services<br>PO BOX 8183<br>HARRISBURG, PA 17105 | $ 11,308.93 | $ 0.00 | $ 3,199.08 |
| 000005 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 3,891.86 | $ 0.00 | $ 1,100.93 |
| 000006 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 10,359.39 | $ 0.00 | $ 2,930.48 |
| 000007 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 2,247.66 | $ 0.00 | $ 635.82 |

Total to be paid to timely general unsecured creditors                $              14,625.96

Remaining Balance                                                     $                    0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                         Case No. 13-03813-ABG
Sam Mauro                                                      Chapter 7
Patricia D. Mauro
        Debtors                  CERTIFICATE OF NOTICE

District/off: 0752-1         User: dpruitt              Page 1 of 2              Date Rcvd: Feb 17, 2015
                             Form ID: pdf006            Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2015.
db            #+Sam Mauro,    204 Leonard Wood South, Apt. 103,    Highland Park, IL 60035-5946
jdb           #+Patricia D. Mauro,    204 Leonard Wood South, Apt. 103,    Highland Park, IL 60035-5946
aty            +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
19987872       +Aes/Pnc,    1200 N 7th St,    Harrisburg, PA 17102-1419
21708579        American Express Bank, FSB,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19987873       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
19987874      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank Of America,    Po Box 982235,    El Paso, TX 79998)
19987875       +Bmo Harris Bank,    Po Box 94034,    Palatine, IL 60094-4034
19987885      ++CITIBANK,    PO BOX 6030,    SIOUX FALLS SD 57117-6030
               (address filed with court:   Shell/Citi,    6400 Los Colinas Blvd,    Irving, TX 75039)
19987876       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
19987878       +Exxmblciti,    Po Box 6497,    Sioux Falls, SD 57117-6497
19987879       +Gecrb/Gap,    Po Box 981400,    El Paso, TX 79998-1400
19987881       +Martin Rosenthal,    84 Holabird Loop,    Highwood, IL 60040-2026
19987882       +Miguel & Alexandra Guevera,    1161 Estes Ave.,    Lake Forest, IL 60045-3886
21829530       +PNC BANK, N.A.,    c/o American Education Services,    PO BOX 8183,    HARRISBURG, PA 17105-8183
19987884       +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
19987886      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   Us Bank,    Po Box 5227,    Cincinnati, OH 45201)
19987887       +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
19987888      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court:   Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
20027760       +Wells Fargo Bank, N.A.,    c/o Codilis & Associates, P.C.,
                 15W030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
19987889       +Wfhm,    4101 Wiseman Blvd # Mc-T,    San Antonio, TX 78251-4200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21453646        E-mail/PDF: mrdiscen@discoverfinancial.com Feb 18 2015 03:14:42     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19987877       +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 18 2015 03:14:42     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
19987880       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 18 2015 03:05:57      Kohls/Chase,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
21832237       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 18 2015 03:03:10      PYOD, LLC its successors and assigns as assignee,     of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19987883       ##+Precision Roofing and Siding,    4 Hillview Dr., Unit E,    Barrington, IL 60010-5935
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2015                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: dpruitt              Page 2 of 2                   Date Rcvd: Feb 17, 2015
                               Form ID: pdf006            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2015 at the address(es) listed below:
              E. Philip  Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph E Cohen     jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen    on behalf of Attorney   Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Maria  Georgopoulos    on behalf of Creditor    WELLS FARGO BANK, N.A. nd-three@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven J Brody    on behalf of Debtor Sam  Mauro steve@sjbrodylaw.com,  heather@sjbrodylaw.com
              Steven J Brody    on behalf of Joint Debtor Patricia D. Mauro steve@sjbrodylaw.com,
               heather@sjbrodylaw.com
                                                                                             TOTAL: 8
```