UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MAURO, SAM | § | Case No. 13-03813 |
| MAURO, PATRICIA D. | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 13,200.00 |
| Total Distributions to Claimants: 14,608.31 | Claims Discharged Without Payment: 197,989.26 |
| Total Expenses of Administration: 5,062.87 | |

3) Total gross receipts of $ 19,671.18 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 19,671.18 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 556,569.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,062.87 | 5,062.87 | 5,062.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 160,894.00 | 51,703.57 | 51,703.57 | 14,608.31 |
| **TOTAL DISBURSEMENTS** | $ 717,463.00 | $ 56,766.44 | $ 56,766.44 | $ 19,671.18 |

   4) This case was originally filed under chapter 7 on 01/31/2013. The case was pending for 30 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 08/03/2015           By:/s/JOSEPH E. COHEN
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Federal Income Tax Refund | 1124-000 | 4,173.00 |
| State Income Tax Refund | 1124-000 | 249.00 |
| JPMorgan Chase Checking | 1129-000 | 12,499.18 |
| RENTAL INCOME | 1222-000 | 2,750.00 |
| **TOTAL GROSS RECEIPTS** | | **$19,671.18** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Precision Roofing and Siding<br>4 Hillview Dr., Unit E<br>Barrington, IL 60010 | | 800.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Bank Po Box 5227 Cincinnati, OH 45201 | | 8,151.00 | NA | NA | 0.00 |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | 247,913.00 | NA | NA | 0.00 |
| | Wfhm 4101 Wiseman Blvd # Mc-T San Antonio, TX 78251 | | 299,705.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 556,569.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 2,717.12 | 2,717.12 | 2,717.12 |
| JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 23.84 | 23.84 | 23.84 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 48.86 | 48.86 | 48.86 |
| ASSOCIATED BANK | 2600-000 | NA | 526.55 | 526.55 | 526.55 |
| COHEN & KROL, ATTORNEYS | 3110-000 | NA | 1,163.33 | 1,163.33 | 1,163.33 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 583.17 | 583.17 | 583.17 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 5,062.87** | **$ 5,062.87** | **$ 5,062.87** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aes/Pnc 1200 N 7th St Harrisburg, PA 17102 | | 11,138.00 | NA | NA | 0.00 |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 1,154.00 | NA | NA | 0.00 |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 1,154.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 27,763.00 | NA | NA | 0.00 |
| | Bmo Harris Bank Po Box 94034 Palatine, IL 60094 | | 67.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 23,831.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 2,247.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 11,875.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 10,417.00 | NA | NA | 0.00 |
| | Exxmblciti Po Box 6497 Sioux Falls, SD 57117 | | 503.00 | NA | NA | 0.00 |
| | Gecrb/Gap Po Box 981400 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Kohls/Chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 0.00 | NA | NA | 0.00 |
| | Sears/Cbna Po Box 6282 Sioux Falls, SD 57117 | | 1,587.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Shell/Citi 6400 Los Colinas Blvd Irving, TX 75039 | | 9,646.00 | NA | NA | 0.00 |
| | Us Dept Of Education Po Box 5609 Greenville, TX 75403 | | 18,438.00 | NA | NA | 0.00 |
| | Us Dept Of Education Po Box 5609 Greenville, TX 75403 | | 14,741.00 | NA | NA | 0.00 |
| | Us Dept Of Education Po Box 5609 Greenville, TX 75403 | | 11,950.00 | NA | NA | 0.00 |
| | Us Dept Of Education Po Box 5609 Greenville, TX 75403 | | 10,212.00 | NA | NA | 0.00 |
| | Us Dept Of Education Po Box 5609 Greenville, TX 75403 | | 3,983.00 | NA | NA | 0.00 |
| | Us Dept Of Education Po Box 5609 Greenville, TX 75403 | | 188.00 | NA | NA | 0.00 |
| 000003 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 1,342.05 | 1,342.05 | 379.18 |
| 000001 | DISCOVER BANK | 7100-000 | NA | 12,340.71 | 12,340.71 | 3,486.74 |
| 000002 | DISCOVER BANK | 7100-000 | NA | 10,212.97 | 10,212.97 | 2,885.57 |
| 000004 | PNC BANK, N.A. | 7100-000 | NA | 11,308.93 | 11,308.93 | 3,195.22 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 3,891.86 | 3,891.86 | 1,099.60 |
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 10,359.39 | 10,359.39 | 2,926.94 |
| 000007 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 2,247.66 | 2,247.66 | 635.06 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 160,894.00 | $ 51,703.57 | $ 51,703.57 | $ 14,608.31 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-03813 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | MAURO, SAM | | | Date Filed (f) or Converted (c): | 01/31/13 (f) |
| | MAURO, PATRICIA D. | | | 341(a) Meeting Date: | 03/28/13 |
| For Period Ending: | 08/03/15 | | | Claims Bar Date: | 04/23/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1161 Estes Ave. Lake Forest, IL 60045 Single famil | 550,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Cash | 100.00 | 0.00 | | 0.00 | 0.00 |
|    Cash | | | | | |
| 3. Cash Management Account Merrill Lynch | 100.00 | 0.00 | | 0.00 | 0.00 |
|    Cash Management Account Merrill Lynch | | | | | |
| 4. JPMorgan Chase Checking | 5,800.00 | 0.00 | | 12,499.18 | 0.00 |
|    JPMorgan Chase Checking | | | | | |
| 5. JPMorgan Chase | 15,000.00 | 0.00 | | 0.00 | 0.00 |
|    JPMorgan Chase | | | | | |
| 6. Household items and furniture | 2,000.00 | 0.00 | | 0.00 | 0.00 |
|    Household items and furniture | | | | | |
| 7. Misc books, CDs and a painting by Debtor's mother | 100.00 | 0.00 | | 0.00 | 0.00 |
|    Misc books, CDs and a painting by Debtor's mother | | | | | |
| 8. Clothing | 400.00 | 0.00 | | 0.00 | 0.00 |
|    Clothing | | | | | |
| 9. Misc jewelry | 200.00 | 0.00 | | 0.00 | 0.00 |
|    Misc jewelry | | | | | |
| 10. Treadmill | 100.00 | 0.00 | | 0.00 | 0.00 |
|    Treadmill | | | | | |
| 11. Term Life insurance through Liberty Mutual | 0.00 | 0.00 | | 0.00 | 0.00 |
|    Term Life insurance through Liberty Mutual | | | | | |
| 12. Federal Income Tax Refund | 4,017.00 | 0.00 | | 4,173.00 | 0.00 |
|    Federal Income Tax Refund | | | | | |
| 13. State Income Tax Refund | 249.00 | 0.00 | | 249.00 | 0.00 |
|    State Income Tax Refund | | | | | |
| 14. 2008 Jeep Patriot 42,000 miles | 9,000.00 | 0.00 | | 0.00 | 0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 13-03813   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MAURO, SAM | Date Filed (f) or Converted (c): | 01/31/13 (f) |
|  | MAURO, PATRICIA D. | 341(a) Meeting Date: | 03/28/13 |
|  |  | Claims Bar Date: | 04/23/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 2008 Jeep Patriot 42,000 miles | | | | | |
| 15. 2000 Jeep Cherokee 130,000 miles | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 2000 Jeep Cherokee 130,000 miles | | | | | |
| 16. Printer and fax machine | 100.00 | 0.00 | | 0.00 | 0.00 |
| Printer and fax machine | | | | | |
| 17. RENTAL INCOME (u) | Unknown | 0.00 | | 2,750.00 | 0.00 |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $589,166.00 | $0.00 | | $19,671.18 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS FILED HIS TFR & NFR AND A FINAL MEETING WAS HELD - April 30, 2015.  TRUSTEE IS IN THE PROCESS OF DRAFTING

HIS TFR - Jan. 17, 2015. TRUSTEE HAS FILED A MOTION FOR TURNOVER OF BANK PROCEEDS AND TAX REFUNDS.  TRUSTEE HAS

COLLECTED TAX REFUND AND BANK PROCEEDS FROM THE DEBTOR AFTER FILING A MOTION FOR SAME.  TRUSTEE SETTING BAR DATE TO FILE

PROOFS OF CLAIM - January 19, 2014.  TRUSTEE WILL REVIEW CLAIMS AFTER BAR DATE HAS PASSED - April 30, 2014.  NO CHANGE

- July 17, 2014.  NO CHANGE - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 02/28/15       Current Projected Date of Final Report (TFR): 02/28/15

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Ver: 18.05

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-03813 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | MAURO, SAM | | Bank Name: | ASSOCIATED BANK |
| | MAURO, PATRICIA D. | | Account Number / CD #: | *******2465 Checking Account |
| Taxpayer ID No: | *******8295 | | | |
| For Period Ending: | 08/03/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/29/13 | 17 | MIGUEL E. GURVARA | Rent | 1222-000 | 2,750.00 | | 2,750.00 |
| 06/12/13 | 13 | State of Illinois | Tax refund | 1124-000 | 249.00 | | 2,999.00 |
| | | | Income tax refund | | | | |
| 06/12/13 | 12 | United States Treasury | Tax refund | 1124-000 | 4,173.00 | | 7,172.00 |
| | | | Income tax refund | | | | |
| 06/18/13 | 4 | Sam Mauro | bank account proceeds | 1129-000 | 12,499.18 | | 19,671.18 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.77 | 19,655.41 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.22 | 19,626.19 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.18 | 19,597.01 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.20 | 19,568.81 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.09 | 19,539.72 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.11 | 19,511.61 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.01 | 19,482.60 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.97 | 19,453.63 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.12 | 19,427.51 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 | | 28.21 | 19,399.30 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.88 | 19,370.42 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.88 | 19,342.54 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.76 | 19,313.78 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.79 | 19,285.99 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.67 | 19,257.32 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.63 | 19,228.69 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.67 | 19,201.02 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.55 | 19,172.47 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.59 | 19,144.88 |

Page Subtotals    19,671.18    526.30

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-03813 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MAURO, SAM | Bank Name: | ASSOCIATED BANK |
| | MAURO, PATRICIA D. | Account Number / CD #: | *******2465  Checking Account |
| Taxpayer ID No: | *******8295 | | |
| For Period Ending: | 08/03/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.46 | 19,116.42 |
| 02/27/15 | 300002 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Bond premium | 2300-000 | | 20.65 | 19,095.77 |
| 03/16/15 | 300003 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees<br>Trustee Fees<br><br>Fees         2,717.12<br>Expenses        23.84 | <br><br><br>2100-000<br>2200-000 | | 2,740.96 | 16,354.81 |
| 03/16/15 | 300004 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,163.33 | 15,191.48 |
| 03/16/15 | 300005 | JOSEPH E. COHEN, Attorney<br>105 W. Madison Street<br>Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 583.17 | 14,608.31 |
| 03/16/15 | 300006 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 28.25397% | 7100-000 | | 3,486.74 | 11,121.57 |
| 03/16/15 | 300007 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 28.25398% | 7100-000 | | 2,885.57 | 8,236.00 |
| 03/16/15 | 300008 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000003, Payment 28.25379%<br>(3-1) CREDIT CARD DEBT | 7100-000 | | 379.18 | 7,856.82 |
| 03/16/15 | 300009 | PNC BANK, N.A.<br>c/o American Education Services | Claim 000004, Payment 28.25396%<br>(4-1) Modified on 4/23/14 to | 7100-000 | | 3,195.22 | 4,661.60 |

Page Subtotals        0.00        14,483.28

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 13-03813 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MAURO, SAM | | Bank Name: | ASSOCIATED BANK |
| | MAURO, PATRICIA D. | | Account Number / CD #: | *******2465 Checking Account |
| Taxpayer ID No: | *******8295 | | | |
| For Period Ending: | 08/03/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/16/15 | 300010 | PO BOX 8183<br>HARRISBURG, PA 17105<br>PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | correct creditor name (ES)<br><br>Claim 000005, Payment 28.25384% | 7100-000 | | 1,099.60 | 3,562.00 |
| 03/16/15 | 300011 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000006, Payment 28.25398% | 7100-000 | | 2,926.94 | 635.06 |
| 03/16/15 | 300012 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000007, Payment 28.25427% | 7100-000 | | 635.06 | 0.00 |

Page Subtotals        0.00        4,661.60

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 13)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit 9

| Case No: | 13-03813 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MAURO, SAM | Bank Name: | ASSOCIATED BANK |
| | MAURO, PATRICIA D. | Account Number / CD #: | *******2465 Checking Account |
| Taxpayer ID No: | *******8295 | | |
| For Period Ending: | 08/03/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 19,671.18 | 19,671.18 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 19,671.18 | 19,671.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 19,671.18 | 19,671.18 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******2465 | 19,671.18 | 19,671.18 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 19,671.18 | 19,671.18 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*